## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

EIG14T SP MA E SANDWICH LLC,
EIG14T SP MA MARSHFIELD LLC, and
EIG14T SP MA S DENNIS LLC,

        Plaintiffs/Defendants in
        counterclaim,

v.

PROPRIETORS DRIVE, LLC, 327
QUAKER MEETINGHOUSE ROAD, LLC,
and 434 ROUTE 134, LLC,

        Defendants/Plaintiffs in
        counterclaim,

and

STARBOARD ACADEMY MARSHFIELD
STELLAR, LLC, LITTLE STARS
LEARNING CENTER SANDWICH
STELLAR, LLC, and SOUTH DENNIS
STELLAR, LLC,

        Lis Pendens
        Defendants,

and

814 ACQUISITIONS LLC,

        Defendant in
        counterclaim.

Docket #: 1:26-cv-11187-MPK

## STIPULATED AND COURT-ORDERED EXTENSION OF TIME
## FOR DEFENDANTS/COUNTERCLAIM PLAINTIFFS
## TO RESPOND TO RULE 12 MOTIONS

Pursuant to Fed. R. Civ P. 6(b), it is hereby **AGREED** and **ORDERED** that the

14-day deadline pursuant to Local Rule 7.1(b)(2) for Defendants/Counterclaim Plaintiffs

1

Proprietors Drive, LLC, 327 Quaker Meetinghouse Road, LLC, and 434 Route 134, LLC

to oppose Plaintiffs' Rule 12(c) motion for judgment on the pleadings and Counterclaim

Defendants' rule 12(b)(6) motion to dismiss is extended by two-days to May 29, 2026.

**STIPULATED AND AGREED**

Plaintiffs/Defendants-in-Counterclaim,
EIG14T SP MA E SANDWICH LLC,
EIG14T SP MA MARSHFIELD LLC, and
EIG14T SP MA S DENNIS LLC,
By their attorneys,


/s/ *Dallin R. Wilson*
Christopher F. Robertson (BBO #642094)
crobertson@seyfarth.com
Dallin R. Wilson (BBO #676662)
drwilson@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210
617-946-4976


Defendants/Plaintiffs-in-Counterclaim,
PROPRIETORS DRIVE , LLC,
327 QUAKER MEETINGHOUSE ROAD, LLC, and
434 ROUTE 134, LLC,
By their attorneys,


/s/ *Andrew F. Caplan*
Andrew F. Caplan, BBO # 564127
Twohig Caplan LLP
P.O. Box 84
Swampscott, MA 01907
339-440-0978
acaplan@twohigcaplan.com

**SO ORDERED:**

_____
The Honorable M. Page Kelley
Dated:

2