UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EIG14T SP MA E SANDWICH LLC,
EIG14T SP MA MARSHFIELD LLC, and
EIG14T SP MA S DENNIS LLC;

      Plaintiffs,

    v.

PROPRIETORS DRIVE, LLC, 327
QUAKER MEETINGHOUSE ROAD,
LLC, and 434 ROUTE 134, LLC;

      Defendants,

   and

STARBOARD ACADEMY MARSHFIELD
STELLAR, LLC; LITTLE STARS
LEARNING CENTER SANDWICH
STELLAR, LLC; and LITTLE STARS
LEARNING CENTER SOUTH DENNIS
STELLAR, LLC,

      Lis Pendens Defendants,

   and

 814 ACQUISITIONS LLC,

      Counterclaim Defendant.

Civil Action No. 1:26-cv-11187-MPK

## ASSENTED TO MOTION FOR LEAVE TO FILE REPLY BRIEF

Pursuant to Local Rule 7.1(b)(3), Plaintiffs EIG14T SP MA E Sandwich LLC, EIG14T

SP MA Marshfield LLC, and EIG14T SP MA S Dennis LLC (collectively, "Purchaser") and

Counterclaim Defendant 814 Acquisitions LLC ("Original Purchaser") respectfully request leave

to file a joint reply brief in support of Purchaser's Motion for Judgment on the Pleadings (Dkt.

No. 24)  and Purchaser and Original Purchaser's Motion to Dismiss Defendants (Dkt. No. 25),

no later than Thursday, June 18, 2026. Defendants Proprietors Drive, LLC, 327 Quaker

Meetinghouse Road, LLC, and 434 Route 134, LLC (collectively, "Seller") assent to this motion.

In support of this motion, Purchaser and Original Purchaser state as follows:

1. Purchaser filed their Complaint for Specific Performance and Other Relief on March 9, 2026. Dkt. No. 1.

2. On April 2, 2026, Seller filed their Answer to Purchaser's Complaint and Counterclaims against Purchaser and Original Purchaser. Dkt. No. 18.

3. On May 13, 2026, Purchaser filed their Motion for Judgment on the Pleadings as to liability on Count 1 of Purchaser's Complaint. Dkt. No. 24. On the same date, Purchaser and Original Purchaser filed their Motion to Dismiss Seller's Counterclaims for failure to state a claim. Dkt. No. 25.

4. Seller filed their Opposition to Purchaser's and Original Purchaser's motions on May 29, 2026. Dkt. 28.

5. Purchaser and Original Purchaser now seek leave to file a concise joint reply brief to respond to only those new arguments raised in Seller's Opposition.

6. Undersigned counsel has conferred with Seller's counsel, who assented to Purchaser and Original Purchaser filing a joint reply to Seller's Opposition no later than Thursday, June 18, 2026.

For the foregoing reasons, Purchaser and Original Purchaser respectfully request that this

Court allow this motion and enter an order granting them leave to file a joint reply brief no later

than Thursday, June 18, 2026.

3

Respectfully submitted,

EIG14T SP MA E SANDWICH LLC,
EIG14T SP MA MARSHFIELD LLC,
EIG14T SP MA S DENNIS LLC, and 814
ACQUISITIONS LLC

By their attorney,

*/s/ Christopher F. Robertson*
Christopher F. Robertson (BBO #642094)
crobertson@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210
617-946-4989

Dated: June 12, 2026

## CERTIFICATE OF SERVICE

I, Christopher Robertson, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

*/s/ Christopher R. Roberston*
Christopher R. Roberston

## LOCAL RULE 7.1 CERTIFICATION

I, Christopher Robertson, hereby certify that on June 10, 2026, I conferred with counsel for Seller, who assented to the relief requested in this motion.

*/s/ Christopher R. Roberston*
Christopher R. Roberston