**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| EIG14T SP MA E SANDWICH LLC, EIG14T SP MA MARSHFIELD LLC, and EIG14T SP MA S DENNIS LLC; <br><br> Plaintiffs, <br><br> v. <br><br> PROPRIETORS DRIVE, LLC, 327 QUAKER MEETINGHOUSE ROAD, LLC, and 434 ROUTE 134, LLC; <br><br> Defendants, <br><br> v. <br><br> STARBOARD ACADEMY MARSHFIELD STELLAR, LLC; LITTLE STARS LEARNING CENTER SANDWICH STELLAR, LLC; and LITTLE STARS LEARNING CENTER SOUTH DENNIS STELLAR, LLC, <br><br> Lis Pendens Defendants, <br><br> and <br><br> 814 ACQUISITIONS LLC, <br><br> Counterclaim Defendant. | Civil Action No. 1:26-cv-11187-MPK |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Anuj K. Khetarpal as counsel for Plaintiffs/Counterclaim Defendants EIG14T SP MA E Sandwich LLC, EIG14T SP MA Marshfield LLC, EIG14T SP MA S Dennis LLC, and Counterclaim Defendant, 814 Acquisitions LLC, in connection with the above captioned action.

Dated: June 12, 2026

EIG14T SP MA E SANDWICH LLC,
EIG14T SP MA MARSHFIELD LLC,
EIG14T SP MA S DENNIS LLC, and 814
ACQUISITIONS LLC

By its attorneys

*/s/ Anuj K. Khetarpal*
Anuj K. Khetarpal (BBO # 697163)
akhetarpal@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210
617-946-4800

## CERTIFICATE OF SERVICE

I certify that on June 12, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Anuj K. Khetarpal*
Anuj K. Khetarpal

2